## W. G. Nivins, Appellee, v. Illinois Terminal Railroad Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Madison county; the Hon.
LOUIS BERNREUTER, Judge, presiding. Heard in this court at the
October term, 1917. Affirmed. Opinion filed April 5, 1918.

### Statement of the Case.

Action by W. G. Nivins, plaintiff, against Illinois
Terminal Railroad Company, defendant, to recover
for damages caused by the alleged defective construc-
tion of a railroad embankment. From a judgment for
plaintiff, defendant appeals. The decision in *Dettmer
v. Illinois Terminal R. Co.*, 210 Ill. App. 653, which in-
volves substantially the same facts and issues, except
that the land is differently located, controls herein.
The decision in *Drda v. Illinois Terminal R. Co.*, 210
Ill. App. 640, also applies to the questions involved in
the case at bar.

H. S. BAKER, A. M. FITZGERALD and WARNOCK, WIL-
LIAMSON & BURROUGHS, for appellant.

BURTON & BURTON, for appellee.

MR. JUSTICE HIGBEE delivered the opinion of the
court.